IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| KENNETH D. ROGERS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 1:05CV1063 |
| DETECTIVE O'DONALD and EIGHT UNKNOWN DEFENDANTS, | ) | |
| Defendants. | ) | |

ORDER AND JUDGMENT

Beaty, District Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss [Document #4] is GRANTED, and this case is DISMISSED WITH PREJUDICE.

This, the 25th day of May, 2006.

_____
United States District Judge